Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−34290−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daniel K Holt                                  Sandee E Larsen
  882 Derry Drive                              882 Derry Drive
  Toms River, NJ 08753                  Toms River, NJ 08753
Social Security No.:
  xxx−xx−3219                                   xxx−xx−5263
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/26/19
Time:           10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 12, 2018
JAN: wdr

                                                      Jeanne Naughton
                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Daniel K Holt
Sandee E Larsen
        Debtors

Case No. 18-34290-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 12, 2018
                              Form ID: 132         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db/jdb         +Daniel K Holt,    Sandee E Larsen,    882 Derry Drive,    Toms River, NJ 08753-3581
517915921      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517915922      +Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517915923      +Citibank/Sears,   Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517915925      +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517915928      +Ditech Financial,    2100 East Elliot Road,    Tempe, AZ 85284-1806
517915929      +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517915930      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
517915931     ++NASSAU FINANCIAL FCU,    PO BOX 9006,    WESTBURY NY 11590-9006
               (address filed with court:   Nassau Financial Fcu,    Po Box 9006,    Westbury, NY 11590)
517915932      Pnc Bank, N.a.,    Po Box 1820,    Dayton, OH 45401-1820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517915918      E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 13 2018 00:52:01     American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517915919     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2018 00:55:50     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517915924     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 13 2018 00:51:38     Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517915926     +E-mail/Text: mrdiscen@discover.com Dec 13 2018 00:51:08     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517915931      E-mail/Text: OperationsServices@nassaufinancial.org Dec 13 2018 00:51:06
                 Nassau Financial Fcu,    Po Box 9006,    Westbury, NY 11590
517915933     +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 00:55:45     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517915934     +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 00:55:44     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517915935     +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 00:55:10     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517915920*    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517915927*    +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Dec 12, 2018
                              Form ID: 132             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Lee Martin Perlman     on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          Lee Martin Perlman     on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 4