Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 18-34290 / MBK**

Daniel K Holt  
Sandee E Larsen

Petition Filed Date: 12/11/2018  
341 Hearing Date: 01/17/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel K Holt | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $3,615.00 | $0.00 | $3,615.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,540.67 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,375.20 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | Unsecured Creditors | $1,730.13 | $0.00 | $0.00 |
|   | »»  DEF BAL/2015 FORD FUSION |   |   |   |   |
| 4 | AMERICAN HONDA FINANCE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  2018 HONDA ACCORD/LEASE |   |   |   |   |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $983.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $983.00 |
| Paid to Trustee: | $68.81 | Arrearages: | $0.00 |
| Funds on Hand: | $914.19 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**