Form finmgtc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−34290−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel K Holt                                            Sandee E Larsen
   882 Derry Drive                                       882 Derry Drive
   Toms River, NJ 08753                             Toms River, NJ 08753

Social Security No.:
   xxx−xx−3219                                                 xxx−xx−5263

Employer's Tax I.D. No.:

### NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
### OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: March 4, 2019
JAN: admi

                                                                                     Jeanne Naughton
                                                                                     Clerk