49488
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for American Honda Finance Corporation,
administrator for Honda Lease Trust
JM5630_____

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW
JERSEY

IN RE:    DANIEL K. HOLT
         SANDEE E. LARSEN

CHAPTER 13
CASE NO.: 18-34290 (MBK)
HEARING DATE:

NOTICE OF APPEARANCE
AND REQUEST FOR ALL
NOTICES, PLAN AND
DISCLOSURE STATEMENTS

American Honda Finance Corporation, administrator for Honda Lease Trust hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for American Honda Finance Corporation, administrator for Honda Lease Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

American Honda Finance Corporation, administrator for Honda Lease Trust, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only

to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to American Honda Finance Corporation, administrator for Honda Lease Trust by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

American Honda Finance Corporation, administrator for Honda Lease Trust
3625 W. Royal Lane #200
Irving, TX 75063

American Honda Finance Corporation, administrator for Honda Lease Trust, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ John R. Morton, Jr.
John R. Morton, Jr., Esquire

Attorney for American Honda Finance
Corporation, administrator for Honda Lease Trust