UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49488
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for American Honda Finance Corporation, administrator for Honda Lease Trust

**Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DANIEL K. HOLT
SANDEE E. LARSEN

Case No.: 18-34290

Adv. No.:

Hearing Date: 8-28-19

Judge: Michael B. Kaplan

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Daniel Holt and Sandee Larsen**
**18-34290(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for American Honda Finance Corporation, administrator for Honda Lease Trust, with the appearance of Lee M. Perlman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the administrator for Honda Lease Trust, the owner and lessor a 2018 Honda Accord bearing serial number 1HGCV2F55JA023428 (hereinafter the"vehicle") which vehicle is leased by the debtors.

2. The debtors shall make all lease payments when due, being the 6TH day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation, administrator for Honda Lease Trust shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. American Honda Finance Corporation, administrator for Honda Lease Trust shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation, administrator for Honda Lease Trust shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to American Honda Finance Corporation, administrator for Honda Lease Trust through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtors have not immediately purchased the vehicle in accordance with the lease end purchase option, <u>American Honda Finance Corporation, administrator for Honda Lease Trust shall have immediate stay relief to repossess and sell the vehicle without any application to the Court or notice to the debtors or their attorney.</u>