**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                        CASE NO.: 18-34290-MBK
Daniel K Holt ,                                           CHAPTER 13
   Debtor,
Sandee E Larsen ,
   Joint Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of LOANCARE, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                       RAS Citron, LLC
                                       Attorney for Secured Creditor
                                       10700 Abbott's Bridge Road
                                       Suite 170
                                       Duluth, GA 30097
                                       Telephone: 470-321-7112

                                       By: /s/Aleisha C. Jennings
                                            Aleisha C. Jennings, Esquire
                                            Email: ajennings@rasnj.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LEE M. PERLMAN
1926 GREENTREE ROAD  SUITE 100
CHERRY HILL, NJ 08003

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

DANIEL K HOLT
SANDEE E LARSEN
882 DERRY DR
TOMS RIVER, NJ 08753

    RAS Citron, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road
    Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Aleisha C. Jennings
    Aleisha C. Jennings, Esquire
    Email: ajennings@rasnj.com