Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–34290–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel K Holt | Sandee E Larsen |
| 882 Derry Drive | 882 Derry Drive |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
   xxx–xx–3219                                      xxx–xx–5263

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 2, 2019.

On 1/28/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           March 3, 2020
Time:          10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 29, 2020
JAN: vpm

                                                                                Jeanne Naughton
                                                                                Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                        Case No. 18-34290-MBK
Daniel K Holt                                                                 Chapter 13
Sandee E Larsen
         Debtors               CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Jan 29, 2020
                               Form ID: 185                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db/jdb         +Daniel K Holt,    Sandee E Larsen,    882 Derry Drive,    Toms River, NJ 08753-3581
cr             +American Honda Finance Corporation, administrator,     3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
cr             +LoanCare, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517915921      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517915922      +Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518036665      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
517915923      +Citibank/Sears,   Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
517915925      +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517946192     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT COMPANY LLC,     DEPT. 55953,    PO BOX 55000,
                 DETROIT, MI.  48255-0953)
517915929      +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517915930      +Lincoln Automotive Financial Service,     Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
518382641      +Loancare, LLC.,    P.O. Box 8068,   Virginia Beach VA 23450-8068
518382642      +Loancare, LLC.,    P.O. Box 8068,   Virginia Beach VA 23450,    Loancare, LLC.,   P.O. Box 8068,
                 Virginia Beach VA 23450-8068
517998429      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
517915932       Pnc Bank, N.a.,    Po Box 1820,    Dayton, OH 45401-1820
518172871      +U S Department of Education/MOHELA,     633 Spirit Drive,   Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517915918       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2020 23:28:17      American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517955679       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2020 23:28:17
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517915919      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2020 23:35:00      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517915924      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2020 23:28:01      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
517915928       E-mail/Text: shonta.bealer@ditech.com Jan 29 2020 23:27:32      Ditech Financial,
                 2100 East Elliot Road,    Tempe, AZ 85284
517925746       E-mail/Text: mrdiscen@discover.com Jan 29 2020 23:27:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
517915926      +E-mail/Text: mrdiscen@discover.com Jan 29 2020 23:27:39      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518037039       E-mail/Text: bankruptcy.bnc@ditech.com Jan 29 2020 23:27:56      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
518024919       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 23:34:13      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517915931       E-mail/Text: OperationsServices@nassaufinancial.org Jan 29 2020 23:27:32
                 Nassau Financial Fcu,    Po Box 9006,   Westbury, NY 11590
518029476       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:45:33
                 Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,   POB 41067,   Norfolk VA 23541
518027619       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:34:34
                 Portfolio Recovery Associates, LLC,    c/o Amazon,   POB 41067,   Norfolk VA 23541
518017558       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:35:06
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
518019911       E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 23:28:06
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
517919178      +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:35:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517915933      +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:34:59      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517915934      +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:34:44      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517915935      +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:34:08      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,   Orlando, FL 32896-5061
                                                                                              TOTAL: 20
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 29, 2020
                              Form ID: 185             Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517915920*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517915927*     +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517960421*    ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Co LLC,    POB 62180,
                 Colorado Springs, CO  80962)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
              Brian C. Nicholas    on behalf of Creditor    Loancare, LLC.. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Loancare, LLC.. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Shauna M Deluca    on behalf of Creditor    LoanCare, LLC sdeluca@rasflaw.com
              Sindi   Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```