| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-34290 / MBK**

Daniel K Holt
Sandee E Larsen

Petition Filed Date: 12/11/2018
341 Hearing Date: 01/17/2019
Confirmation Date: 04/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $983.00 | 55122860 | 02/01/2019 | $983.00 | 55839390 | 02/28/2019 | $983.00 | 56556850 |
| 04/01/2019 | $983.00 | 57468460 | 06/03/2019 | $993.00 | 59040350 | 07/01/2019 | $993.00 | 59734870 |
| 07/30/2019 | $993.00 | 60491520 | 09/03/2019 | $993.00 | 61367300 | 09/30/2019 | $993.00 | 62138720 |
| 10/30/2019 | $993.00 | 62891910 | 11/04/2019 | ($993.00) | 62891910 | 11/21/2019 | $993.00 | 955864653 |
| 12/03/2019 | $993.00 | | | | | | | |

**Total Receipts for the Period:  $10,883.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $12,869.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Daniel K Holt | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $3,615.00 | $3,615.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,540.67 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,375.20 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC<br>»»  DEF BAL/2015 FORD FUSION | Unsecured Creditors | $1,730.13 | $0.00 | $0.00 |
| 4 | AMERICAN HONDA FINANCE<br>»»  2018 HONDA ACCORD/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | Nassau Financial Fcu | Unsecured Creditors | $6,365.29 | $0.00 | $0.00 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $25,377.81 | $0.00 | $0.00 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $72,662.14 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JCP | Unsecured Creditors | $1,109.45 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $53.28 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC | Unsecured Creditors | $4,913.47 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $243.94 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $2,195.81 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A. | Unsecured Creditors | $423.70 | $0.00 | $0.00 |
| 14 | CITIBANK, N.A.<br>»»  BEST BUY | Unsecured Creditors | $3,409.95 | $0.00 | $0.00 |
| 15 | CITIBANK, N.A.<br>»»  SEARS | Unsecured Creditors | $2,339.92 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-34290 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Loancare, LLC | Mortgage Arrears | $49,980.66 | $7,106.22 | $42,874.44 |
| | »» P/882 DERRY DR/1ST MTG/DITECH | | | | |
| 17 | DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $4,022.47 | $0.00 | $0.00 |
| 18 | AMERICAN HONDA FINANCE | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| | »» 2018 HONDA ACCORD/ORDER 9/18/19 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,869.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $11,252.22 | Current Monthly Payment: | $993.00 |
| Paid to Trustee: | $695.28 | Arrearages: | $993.00 |
| Funds on Hand: | $921.50 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**