UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

**Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Daniel K Holt,**

      **Debtor,**

**Sandee E Larsen,**

      **Joint Debtor.**

Case No.:     18-34290-MBK

Chapter:     13

Hearing Date: February 26, 2020

Judge:     Michael B. Kaplan

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

     The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: March 11, 2020**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Secured Creditor: LoanCare, LLC

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Lee Martin Perlman, Esq.

Property Involved ("Collateral"): 882 Derry Drive, Toms River, New Jersey 08753

Relief sought:          ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

   ■ The Debtor is overdue for 4 months from November 1, 2019 through February 1, 2020.

   ■ The Debtor is overdue for 2 payments from November 1, 2019 to December 1, 2019 at $1,775.29 per month.

   ■ The Debtor is overdue for 2 payments from January 1, 2020 to February 1, 2020 at $1,803.14 per month.

   Funds Held In Suspense $54.69

   Total Arrearages Due $7,102.17

2.    Debtor must cure all post-petition arrearages, as follows:

   ■ Beginning on March 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $1,803.14, subject to periodic adjustments.

   ■ The amount of $7,102.17 shall be capitalized in the Debtor's Chapter 13 plan. Debtor must file an Amended Schedules I and J within fifteen (15) days of the entry of this Order. The debtor's monthly payment to the Chapter 13 Trustee will be modified to an amount necessary to appropriately fund the plan in accordance with this order

   ■ This Order is incorporated into any Order confirming the plan. The Trustee is to pay the arrears identified in this Order.

3.      Payments to the Secured Creditor shall be made to the following address(es):

■ Regular monthly payment: <u>LoanCare LLC</u>
<u>ATTN: Bankruptcy Dept</u>
<u>P.O. Box 8068</u>
<u>Virginia Beach, VA 23450</u>

4.      In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.      Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$350.00</u> and costs of <u>$181.00</u>.

The fees and costs are payable:

■ Through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-34290-MBK
Daniel K Holt                                                       Chapter 13
Sandee E Larsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Mar 11, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db/jdb        +Daniel K Holt,   Sandee E Larsen,    882 Derry Drive,   Toms River, NJ 08753-3581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Aleisha Candace Jennings   on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
        Brian C. Nicholas   on behalf of Creditor    Loancare, LLC.. bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor    Loancare, LLC.. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor    American Honda Finance Corporation, administrator
         for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Kevin Gordon McDonald   on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Lee Martin Perlman   on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com,
         mcdoherty@ecf.courtdrive.com
        Lee Martin Perlman   on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com,
         mcdoherty@ecf.courtdrive.com
        Shauna M Deluca   on behalf of Creditor    LoanCare, LLC sdeluca@rasflaw.com
        Sindi  Mncina   on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 11