**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 1 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: **September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Daniel K. Holt & Sandee E. Larsen

Debtor(s)

Case No.:    18-34290-MBK

Judge:    Kaplan

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: 07/16/2020

☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: LMP          Initial Debtor: DKH          Initial Co-Debtor: SEL

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____912.00_____ per _____month_____ to the Chapter 13 Trustee, starting on
_____05/01/2020_____ for approximately _____65_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☒    Other sources of funding (describe source, amount and date when funds are available):

Trustee payments for debtors to cease effective May 1, 2020 and to resume August 1, 2020.

This 3 month request for suspension of trustee payments is due to COVID 19 as the co-debtor is now unemployed.

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

   a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

   b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

   a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDINGTRUSTEE  ATTORNEY FEE BALANCE | ADMINISTRATIVE  ADMINISTRATIVE | AS ALLOWED BY STATUTE  BALANCE DUE: $3,615.00 |

   b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

**a.  Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Loancare, LLC | 882 Derry Drive | $49,980.66 + $10,650.32 (post-petition arrears) = $60,630.98 | 0 | $49,980.66 + $10,650.32 (post-petition arrears) = $60,630.98 | $1,803.14 |

**b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c.  Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**    ☒ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Pnc Bank, N.a.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

---

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than <u>0</u>_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| American Honda Finance | 0 | Auto Lease | Assume | $375.00 |

**Part 7:   Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Lee M. Perlman, Esquire

3) Secured Creditors

4) Priority Creditors/Unsecured Creditors

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Income for co-debtor has been impacted by Covid-19. | Trustee payment to be suspended effective with the May 1st, 2020 payment and to resume August 1st, 2020.  The life of the plan has been extended 24 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:

Due to co-debtor's current unemployment, the terms specify no payments to be made to the Trustee for May - July 2020, an extension of the plan from 60 months to 84 months (adding 24 months), with payments to start in August in the amount of $912 per month.

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.


Date: 07/16/2020                                    /s/  Daniel K. Holt
                                                    Debtor


Date: 07/16/2020                                    /s/  Sandee E. Larsen
                                                    Joint Debtor


Date: 07/16/2020                                    /s/  Lee M. Perlman
                                                    Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-34290-MBK
Daniel K Holt                                                             Chapter 13
Sandee E Larsen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jul 17, 2020
                             Form ID: pdf901       Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db/jdb      +Daniel K Holt,   Sandee E Larsen,   882 Derry Drive,   Toms River, NJ 08753-3581
cr          +American Honda Finance Corporation, administrator,   3625 W. Royal Lane #200,
             Irving, TX 75063-2912
cr          +LoanCare, LLC,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
517915921   +Citibank North America,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
             St Louis, MO 63179-0034
517915922   +Citibank North America,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
             St Louis, MO 63179-0034
518036665   +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517915923   +Citibank/Sears,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
517915925   +Costco Go Anywhere Citicard,   Citicorp Credit Services/Centralized Ban,   Po Box 790040,
             St. Louis, MO 63179-0040
517915928   #+Ditech Financial,   2100 East Elliot Road,   Tempe, AZ 85284-1806
518037039    Ditech Financial LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154
517946192   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court:  FORD MOTOR CREDIT COMPANY LLC,   DEPT. 55953,   PO BOX 55000,
             DETROIT, MI.  48255-0953)
517915929   +KML Law Group,   216 Haddon Avenue Suite 406,   Collingswood, NJ 08108-2812
517915930   +Lincoln Automotive Financial Service,   Attn: Bankruptcy,   Po Box 542000,
             Omaha, NE 68154-8000
518382641   +Loancare, LLC.,   P.O.  Box 8068,   Virginia Beach VA 23450-8068
518382642   +Loancare, LLC.,   P.O.  Box 8068,   Virginia Beach VA 23450,   Loancare, LLC.,   P.O.  Box 8068,
             Virginia Beach VA 23450-8068
517998429   +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
517915932    Pnc Bank, N.a.,   Po Box 1820,   Dayton, OH 45401-1820
518172871   +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:27   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517915918    E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 18 2020 02:52:40   American Honda Finance,
             Attn: Bankruptcy,   Po Box 168088,   Irving, TX 75016
517955679    E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 18 2020 02:52:40
             American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
             Irving, TX 75016-8088
517915919   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2020 02:56:37   Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517915924   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2020 02:51:56   Comenitycapital/boscov,
             Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517925746    E-mail/Text: mrdiscen@discover.com Jul 18 2020 02:50:43   Discover Bank,
             Discover Products Inc,   Po Box 3025,   New Albany, OH  43054-3025
517915926   +E-mail/Text: mrdiscen@discover.com Jul 18 2020 02:50:43   Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
518024919    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 02:54:40   LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517915931    E-mail/Text: OperationsServices@nassaufinancial.org Jul 18 2020 02:50:12
             Nassau Financial Fcu,   Po Box 9006,   Westbury, NY 11590
518029476    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 03:15:24
             Portfolio Recovery Associates, LLC,   C/O Synchrony Bank,   POB 41067,   Norfolk VA 23541
518708028    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 03:14:39
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
518708029    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 03:14:14
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541,
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
518027619    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 03:15:26
             Portfolio Recovery Associates, LLC,   c/o Amazon,   POB 41067,   Norfolk VA 23541
518017558    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 02:55:37
             Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
             Norfolk VA 23541
518019911    E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2020 02:52:11
             Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
             Kirkland, WA  98083-0788
517919178   +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2020 02:56:19   Synchrony Bank,
             c/o o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517915933   +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2020 02:56:18   Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517915934   +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2020 02:56:18   Synchrony Bank/Amazon,
             Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060

```
District/off: 0312-3          User: admin          Page 2 of 2          Date Rcvd: Jul 17, 2020
                             Form ID: pdf901        Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517915935        +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2020 02:55:11       Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,  Po Box 965061,  Orlando, FL 32896-5061
                                                                                  TOTAL: 20
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517915920*       +Capital One,  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517915927*       +Discover Financial,  Po Box 3025,  New Albany, OH 43054-3025
517960421*       ++FORD MOTOR CREDIT COMPANY,  P O BOX 62180,  COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit Co LLC,  POB 62180,
                  Colorado Springs, CO  80962)
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
```
         Albert Russo   docs@russotrustee.com
         Aleisha Candace Jennings   on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
         Brian C. Nicholas   on behalf of Creditor    Loancare, LLC.. bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor    Loancare, LLC.. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John R. Morton, Jr.   on behalf of Creditor    American Honda Finance Corporation, administrator
          for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
         Kevin Gordon McDonald   on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Lee Martin Perlman   on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
         Lee Martin Perlman   on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
         Shauna M Deluca   on behalf of Creditor    LoanCare, LLC sdeluca@rasflaw.com
         Sindi  Mncina   on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 11
```