| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>Cn 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Daniel K Holt<br>Sandee E Larsen<br><br>Debtor(s) | Case No.: 18-34290 / MBK<br><br>Hearing Date:  08/18/2020<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

### ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: August 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 07/16/2020, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  84 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

> $15,391.00 PAID TO DATE
>
> $912.00 for 64 months beginning 9/1/2020

**ORDERED** that the case is confirmed with a calculated plan funding of $73,759.00. General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that if the debtor has provided for a creditor to be paid in the plan and no Proof of Claim is filed by such creditor before expiration of the applicable bar date, the debtor, pursuant to F.R.B.P. 3004, must file a Proof of Claim on behalf of the creditor within 30 days of the expiration of the applicable bar date. If the time period pursuant to F.R.B.P. 3004 has expired, the debtor must file a Proof of Claim on behalf of the creditor **and** file a motion to allow the Trustee to pay the late filed claim, or the debtor may obtain a Consent Order with the creditor authorizing the Trustee to pay an amount certain in the plan.

**ORDERED** as follows:

The plan length is extended to a total of 84 months pursuant to the Cares Act.

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel K Holt  
Sandee E Larsen  
     Debtors

Case No. 18-34290-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                   Page 1 of 1                  Date Rcvd: Aug 21, 2020
                              Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db/jdb         +Daniel K Holt,    Sandee E Larsen,    882 Derry Drive,    Toms River, NJ 08753-3581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Aleisha Candace Jennings    on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
         Brian C. Nicholas    on behalf of Creditor    Loancare, LLC.. bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    Loancare, LLC.. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    LoanCare, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
          for Honda Lease Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Lee Martin Perlman    on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
         Lee Martin Perlman    on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
         Shauna M Deluca    on behalf of Creditor    LoanCare, LLC sdeluca@rasflaw.com
         Sindi  Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 13