| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-34290 / MBK**

Daniel K Holt  
Sandee E Larsen  

Petition Filed Date: 12/11/2018  
341 Hearing Date: 01/17/2019  
Confirmation Date: 04/23/2019  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $993.00 | | 02/05/2020 | $993.00 | | 03/05/2020 | $1,261.00 | |
| 04/03/2020 | $1,261.00 | | 08/25/2020 | $993.00 | | 09/21/2020 | $993.00 | |
| 10/21/2020 | $993.00 | | 11/24/2020 | $993.00 | | 12/22/2020 | $993.00 | |
| 01/22/2021 | $993.00 | | 02/23/2021 | $993.00 | | | | |

**Total Receipts for the Period: $11,459.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,342.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel K Holt | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $3,615.00 | $3,615.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,540.67 | $0.00 | $5,540.67 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,375.20 | $0.00 | $5,375.20 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC<br>»» DEF BAL/2015 FORD FUSION | Unsecured Creditors | $1,730.13 | $0.00 | $1,730.13 |
| 4 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA ACCORD/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | NASSAU FINANCIAL FCU | Unsecured Creditors | $6,365.29 | $0.00 | $6,365.29 |
| 6 | PNC Bank, N.A. | Unsecured Creditors | $25,377.81 | $0.00 | $25,377.81 |
| 7 | PNC Bank, N.A. | Unsecured Creditors | $72,662.14 | $0.00 | $72,662.14 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JCP | Unsecured Creditors | $1,109.45 | $0.00 | $1,109.45 |
| 9 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $53.28 | $0.00 | $53.28 |
| 10 | LVNV FUNDING LLC | Unsecured Creditors | $4,913.47 | $0.00 | $4,913.47 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $243.94 | $0.00 | $243.94 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CARE CREDIT | Unsecured Creditors | $2,195.81 | $0.00 | $2,195.81 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $423.70 | $0.00 | $423.70 |
| 14 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $3,409.95 | $0.00 | $3,409.95 |

**Chapter 13 Case No. 18-34290 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK, N.A.<br>»» SEARS | Unsecured Creditors | $2,339.92 | $0.00 | $2,339.92 |
| 16 | Loancare, LLC<br>»» P/882 DERRY DR/1ST MTG/DITECH | Mortgage Arrears | $49,980.66 | $13,351.92 | $36,628.74 |
| 17 | DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $4,022.47 | $0.00 | $4,022.47 |
| 18 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA ACCORD/ORDER 9/18/19 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 19 | Loancare, LLC<br>»» P/882 DERRY DR/ORDER 3/11/20 | Mortgage Arrears | $7,102.17 | $1,034.60 | $6,067.57 |
| 20 | Loancare, LLC<br>»» 882 DERRY DRIVE/ORDER 3/11/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,342.00 | Plan Balance: | $51,417.00 ** |
| Paid to Claims: | $19,063.52 | Current Monthly Payment: | $912.00 |
| Paid to Trustee: | $1,413.62 | Arrearages: | ($1,479.00) |
| Funds on Hand: | $1,864.86 | Total Plan Base: | $73,759.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**