UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>DANIEL HOLT<br>SANDEE LARSEN | CASE NO: 18-34290<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 60 |

On 12/29/2021, I did cause a copy of the following documents, described below,

NOM ECF Docket Reference No. 60

Brief 60

CIS 60

PO 60

Exhibit 60

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/29/2021

/s/ Lee M. Perlman
Lee M. Perlman

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856 751 4224

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE: | CASE NO: 18-34290 |
|---|---|
| DANIEL HOLT<br>SANDEE LARSEN | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 60 |

On 12/29/2021, a copy of the following documents, described below,

NOM ECF Docket Reference No. 60

Brief 60

CIS 60

PO 60

Exhibit 60

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/29/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lee M. Perlman
Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING         AMERICAN HONDA FINANCE CORPORATION      LOANCARE LLC
03123                                    ADMINIST                                RAS CRANE LLC
CASE 18-34290-MBK                        3625 W ROYAL LANE 200                   10700 ABBOTTS BRIDGE ROAD SUITE 170
DISTRICT OF NEW JERSEY                   IRVING TX 75063-2912                    DULUTH GA 30097-8461
TRENTON
WED DEC 29 13-11-14 EST 2021


EXCLUDE

US BANKRUPTCY COURT                      AMERICAN HONDA FINANCE                  CAPITAL ONE
402 EAST STATE STREET                    P O BOX 168088                          ATTN BANKRUPTCY
TRENTON NJ 08608-1507                    IRVING TX 75016-8088                    PO BOX 30285
                                                                                 SALT LAKE CITY UT 84130-0285




CITIBANK NORTH AMERICA                   CITIBANK NORTH AMERICA                  CITIBANK NA
ATTN RECOVERYCENTRALIZED BANKRUPTCY      CITIBANK CORPCENTRALIZED BANKRUPTCY     CITIBANK NA
PO BOX 790034                            PO BOX 790034                           701 EAST 60TH STREET NORTH
ST LOUIS MO 63179-0034                   ST LOUIS MO 63179-0034                  SIOUX FALLS SD 57104-0432




CITIBANKSEARS                            COMENITYCAPITALBOSCOV                   COSTCO GO ANYWHERE CITICARD
CENTRALIZED BANKRUPTCY                   ATTN BANKRUPTCY DEPT                    CITICORP CREDIT SERVICESCENTRALIZED BA
PO BOX 790034                            PO BOX 182125                           PO BOX 790040
ST LOUIS MO 63179-0034                   COLUMBUS OH 43218-2125                  ST LOUIS MO 63179-0040




DISCOVER BANK                            DISCOVER FINANCIAL                      DITECH FINANCIAL
DISCOVER PRODUCTS INC                    PO BOX 3025                             2100 EAST ELLIOT ROAD
PO BOX 3025                              NEW ALBANY OH 43054-3025                TEMPE AZ 85284-1806
NEW ALBANY OH 43054-3025




DITECH FINANCIAL LLC                     FORD MOTOR CREDIT COMPANY               KML LAW GROUP
PO BOX 6154                              P O BOX 62180                           216 HADDON AVENUE SUITE 406
RAPID CITY SD 57709-6154                 COLORADO SPRINGS CO 80962-2180          COLLINGSWOOD NJ 08108-2812




LVNV FUNDING LLC                         LINCOLN AUTOMOTIVE FINANCIAL SERVICE    LOANCARE LLC
RESURGENT CAPITAL SERVICES               ATTN BANKRUPTCY                         PO BOX 8068
PO BOX 10587                             PO BOX 542000                           VIRGINIA BEACH VA 23450-8068
GREENVILLE SC 29603-0587                 OMAHA NE 68154-8000




LOANCARE LLC                             NASSAU FINANCIAL FCU                    PNC BANK RETAIL LENDING
PO BOX 8068                              PO BOX 9006                             P O BOX 94982
VIRGINIA BEACH VA 23450                  WESTBURY NY 11590-9006                  CLEVELAND OH 44101-4982
LOANCARE LLC
PO BOX 8068
VIRGINIA BEACH VA 23450-8068




PORTFOLIO RECOVERY ASSOCIATES LLC        QUANTUM3 GROUP LLC AS AGENT FOR         SYNCHRONY BANK
PO BOX 41067                             COMENITY CAPITAL BANK                   CO OF PRA RECEIVABLES MANAGEMENT LLC
NORFOLK VA 23541-1067                    PO BOX 788                              PO BOX 41021
                                         KIRKLAND WA 98083-0788                  NORFOLK VA 23541-1021
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| SYNCHRONY BANK JC PENNEYS<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 |
| U S DEPARTMENT OF EDUCATIONMOHELA<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235 | ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON NJ 08650-4853 |
| DEBTOR<br>DANIEL K HOLT<br>882 DERRY DRIVE<br>TOMS RIVER NJ 08753-3581 | LEE MARTIN PERLMAN<br>LEE M PERLMAN<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL NJ 08003-1100 | SANDEE E LARSEN<br>882 DERRY DRIVE<br>TOMS RIVER NJ 08753-3581 |

ADDRESSES WHERE AUTOMATIC E-MAIL NOT SERVED WILL BE SERVED VIA 1ST CLASS MAIL UNLESS BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

USTPRegion03.NE.ECF@usdoj.gov

(Trustee)
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
represented by:
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

docs@russotrustee.com

Brian C. Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com


(Creditor)
Loancare, LLC..
represented by:
Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com

Brian C. Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

Sindi Mncina
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

smncina@raslg.com


Aleisha Candace Jennings
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487

ajennings@raslg.com

Shauna M Deluca
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
130 Clinton Road, Lobby B
Ste 202
Fairfield, NJ 07004

sdeluca@raslg.com

(Creditor)
LoanCare, LLC
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097
represented by:
Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com


(Joint Debtor)
Sandee E Larsen
882 Derry Drive
Toms River, NJ 08753
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

(Debtor)
Daniel K Holt
882 Derry Drive
Toms River, NJ 08753
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

(Creditor)
Ditech Financial LLC
represented by:
Kevin Gordon McDonald
KML Law Group, P.C.
701 Market Street
Ste 5000
Philadelphia, PA 19106

kmcdonald@kmllawgroup.com

ADDRESSES WHERE AUTOMATIC SERVICE WAS SERVED VIA "NEF" SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
American Honda Finance Corporation,
administrator for Honda Lease Trust
3625 W. Royal Lane #200
Irving, TX 75063
represented by:
John R. Morton, Jr.
Law Offices of John R. Morton, Jr.
110 Marter Ave
Suite 301
Moorestown, NJ 08057

ecfmail@mortoncraig.com