| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>103 Eisenhower Parkway - Suite 100<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>LoanCare, LLC<br>By: Maria Cozzini, Esq. | Order Filed on November 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Daniel K Holt<br><br>    Sandee E Larsen<br><br>    Debtor(s) | Case No.: 18-34290-MBK<br>Chapter:   13<br>Hearing Date: November 9, 2022<br>Judge:   Michael B. Kaplan U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: November 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Daniel K Holt and Sandee E Larsen
Case No.:18-34290-MBK
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of LoanCare, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **882 Derry Dr, Toms River, NJ   08753**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34290-MBK |
| Daniel K Holt | Chapter 13 |
| Sandee E Larsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel K Holt, Sandee E Larsen, 882 Derry Drive, Toms River, NJ 08753-3581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LoanCare LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor Loancare LLC.. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Loancare LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | |
| | on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | |
| | on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Maria Cozzini | |
| | on behalf of Creditor LoanCare LLC mcozzini@sternlav.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Finance of America Reverse LLC nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Shauna M Deluca | |
| | on behalf of Creditor LoanCare LLC sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | |
| | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16