Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34290−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel K Holt                                             Sandee E Larsen
   882 Derry Drive                                           882 Derry Drive
   Toms River, NJ 08753                                      Toms River, NJ 08753

Social Security No.:
   xxx−xx−3219                                               xxx−xx−5263

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 20, 2020.

On November 21, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          December 14, 2022
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 22, 2022
JAN: mmf

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel K Holt  
Sandee E Larsen  
    Debtors

Case No. 18-34290-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Nov 22, 2022     Form ID: 185     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K Holt, Sandee E Larsen, 882 Derry Drive, Toms River, NJ 08753-3581 |
| 518037039 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2022 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2022 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 22 2022 21:09:00 | American Honda Finance Corporation, administrator, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 22 2022 21:09:00 | LoanCare, LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517915918 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 22 2022 21:09:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517955679 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 22 2022 21:09:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517915919 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2022 20:54:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517915921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 20:54:13 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517915922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 20:54:05 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518036665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 20:54:13 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517915923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 20:54:05 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517915924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2022 21:09:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517915925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 20:54:05 | Costco Go Anywhere Citicard, Citicorp Credit |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 517925746 | | Email/Text: mrdiscen@discover.com | Nov 22 2022 21:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915926 | + | Email/Text: mrdiscen@discover.com | Nov 22 2022 21:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517946192 | | Email/Text: EBNBKNOT@ford.com | Nov 22 2022 21:09:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 517960421 | | Email/Text: EBNBKNOT@ford.com | Nov 22 2022 21:09:00 | Ford Motor Credit Co LLC, POB 62180, Colorado Springs, CO 80962 |
| 518024919 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2022 20:54:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517915930 | + | Email/Text: EBNBKNOT@ford.com | Nov 22 2022 21:09:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518382641 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 22 2022 21:09:00 | Loancare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518382642 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 22 2022 21:09:00 | Loancare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068, Loancare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518172871 | | Email/Text: EBN@Mohela.com | Nov 22 2022 21:09:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517915931 | | Email/Text: OperationsServices@nassaufinancial.org | Nov 22 2022 21:08:00 | Nassau Financial Fcu, Po Box 9006, Westbury, NY 11590 |
| 517998429 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2022 21:08:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517915932 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2022 21:08:00 | Pnc Bank, N.a., Po Box 1820, Dayton, OH 45401-1820 |
| 518029476 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 20:54:17 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518708028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 20:54:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518708029 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 20:54:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518027619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 20:54:17 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518017558 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 20:54:17 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518019911 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2022 21:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517919178 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2022 20:54:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915933 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2022 20:54:16 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517915934 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2022 20:54:15 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517915935 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2022 20:54:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 185 | Total Noticed: 37 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517915920 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517915927 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517915928 | ##+ | Ditech Financial, 2100 East Elliot Road, Tempe, AZ 85284-1806 |
| 517915929 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LoanCare LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor Loancare LLC.. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Loancare LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Maria Cozzini | on behalf of Creditor LoanCare LLC mcozzini@sternlav.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 22, 2022 | Form ID: 185 | Total Noticed: 37

Marisa Myers Cohen
    on behalf of Creditor Finance of America Reverse LLC nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Shauna M Deluca
    on behalf of Creditor LoanCare  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor LoanCare  LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16