| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>LoanCare, LLC | CASE NO.: 18-34290-MBK<br><br>CHAPTER 13<br><br>HEARING DATE: January 25, 2023<br><br>JUDGE: Chief Judge Michael B. Kaplan |
| **In Re:**<br><br>**Daniel K Holt and Sandee E Larsen**<br>       **Debtors.** | |

## RESPONSE TO DEBTOR'S MOTION TO REIMPOSE THE AUTOMATIC STAY

**COMES NOW**, LoanCare, LLC ("Secured Creditor"), by and through undersigned counsel, and hereby files its Response to Debtor's Motion to Reimpose Automatic Stay (the "Motion to Reimpose") and, in support thereof, states as follows:

1. On December 11, 2018, Debtor filed a Voluntary Chapter pursuant to Chapter 13 of the Bankruptcy Code

2. Secured Creditor holds a security interest in the Debtor's real property located at 882 Derry Dr., Toms River  New Jersey  08753 ("Property") by virtue of a Mortgage recorded on November 16, 2002 in Book 11090 at Page 0061 of the County Clerif of Ocean County, NJ.

3. On November 18, 2019, Secured Creditor filed a Motion for Relief from the Automatic Stay ("Motion for Relief") as a result of the Debtor's failure to timely maintain ongoing post-petition payments.  At the time the Motion for Relief was filed, the Debtor was four (6) payments past due, and owed a total of $10,650.32.

4. On March 11, 2020, an Order Resolving Secured Creditor's Motion for Relief from the Automatic Stay (the "Agreed Order") was entered by the Court, providing for the cure of the post-petition arrears via the modified plan.

5. On October 14, 2022, Secured Creditor filed a Motion for Relief from the Automatic Stay ("Second Motion for Relief") as a result of the Debtor's failure to timely maintain ongoing post-petition payments. At the time the Second Motion for Relief was filed, the Debtor was four (4) payments past due, and owed a total of $7,353.84.

6. On November 10, 2022, an Order Granting Secured Creditor's Motion for Relief from Stay (the "Order") was entered by the Court, as a result of the Debtor's failure to oppose the Second Motion for Relief.

7. On December 23, 2022, the Debtor filed the instant Motion to Reimpose. The Motion to Reimpose alleges that the debtor misunderstood the terms of the loan modification and only paid principal and interest.

8. The arrears have now grown to $11,192.25 as of the date this Response is filed, which is inclusive of the payments past due from July 2022 through and including January 2023.

9. Debtor's Motion to Reimpose proposes to once again cure the post-petition arrears via the modified plan filed on November 21, 2022. Secured Creditor is not confident that Debtor will be able to maintain timely post-petition payments moving forward as Debtor has already defaulted twice on post-petition payments and the only way Debtor was able to cure the arrears were via modified plans and not direct payments to Secured Creditor.

10. As such, Secured Creditor opposes Debtor's Motion to Reimpose as it will cause a great injustice to Secured Creditor and prevent Secured Creditor from exercising its legal and equitable remedies against the subject property.

11. Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order denying Debtor's Motion to Reimpose as to Secured Creditor and all further relief this Court deems just and proper.

Dated: January 18, 2023    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
By: /s/*Aleisha C Jennings*
Aleisha C Jennings, Esq.
Bar ID: 049302015
Email: ajennings@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>LoanCare, LLC | CASE NO.: 18-34290-MBK<br><br>CHAPTER 13<br><br>HEARING DATE: January 25, 2023<br><br>JUDGE: Chief Judge Michael B. Kaplan |
| **In Re:**<br><br>**Daniel K Holt and Sandee E Larsen**<br>    **Debtors.** | |

CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Aleisha C Jennings, Esq.:

■ represent the movant in the above-captioned matter.

On <u>January 18, 2023</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Response to Debtor's Motion to Reimpose the Automatic Stay, and this Certification of Service.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| Dated: January 18, 2023 | **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>By: /s/*Aleisha C Jennings*<br>Aleisha C Jennings, Esq.<br>Bar ID: 049302015 |

Email: ajennings@raslg.com

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Daniel K Holt<br>Sandee E Larsen<br>882 Derry Drive<br>Toms River, NJ 08753 | Debtor | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.