UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel K Holt and Sandee E Larsen

| | |
|---|---|
| Case No.: | 18-34290 |
| Hearing Date: | 2/22/2023 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION TO IMPOSE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 23, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____December 23_____, 20 _23_ by Lee Martin Perlman attorney for the debtors   for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-34290-MBK
Daniel K Holt  Chapter 13
Sandee E Larsen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Feb 23, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K Holt, Sandee E Larsen, 882 Derry Drive, Toms River, NJ 08753-3581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LoanCare LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Loancare LLC.. ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor Loancare LLC.. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | |

on behalf of Creditor LoanCare  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor LoanCare  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Loancare  LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
    on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Maria Cozzini
    on behalf of Creditor LoanCare  LLC mcozzini@sternlav.com

Marisa Myers Cohen
    on behalf of Creditor Finance of America Reverse LLC nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Shauna M Deluca
    on behalf of Creditor LoanCare  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor LoanCare  LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17