Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−34290−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel K Holt | Sandee E Larsen |
| 882 Derry Drive | 882 Derry Drive |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
  xxx−xx−3219                           xxx−xx−5263

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 13, 2023.

Dated: April 13, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Daniel K Holt

Sandee E Larsen

    Debtors

Case No. 18-34290-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K Holt, Sandee E Larsen, 882 Derry Drive, Toms River, NJ 08753-3581 |
| 518037039 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 20:56:00 | American Honda Finance Corporation, administrator, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 13 2023 20:56:00 | LoanCare, LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517915918 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 20:56:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517955679 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 20:56:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517915919 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2023 20:54:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517915921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:05:54 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517915922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:06:09 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518036665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 20:55:46 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517915923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 20:55:45 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517915924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2023 20:56:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517915925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:06:01 | Costco Go Anywhere Citicard, Citicorp Credit |

District/off: 0312-3 | User: admin | Page 2 of 4
Date Rcvd: Apr 13, 2023 | Form ID: plncf13 | Total Noticed: 37

| | | | |
|---|---|---|---|
| | | | Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 517925746 | Email/Text: mrdiscen@discover.com | Apr 13 2023 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915926 | + Email/Text: mrdiscen@discover.com | Apr 13 2023 20:55:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517946192 | Email/Text: EBNBKNOT@ford.com | Apr 13 2023 20:57:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 517960421 | Email/Text: EBNBKNOT@ford.com | Apr 13 2023 20:57:00 | Ford Motor Credit Co LLC, POB 62180, Colorado Springs, CO 80962 |
| 518024919 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 20:55:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517915930 | + Email/Text: EBNBKNOT@ford.com | Apr 13 2023 20:57:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518382641 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 13 2023 20:56:00 | Loancare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518382642 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 13 2023 20:56:00 | Loancare, LLC., P.O. Box 8068, Virginia Beach VA 23450, Loancare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518172871 | Email/Text: EBN@Mohela.com | Apr 13 2023 20:56:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517915931 | Email/Text: OperationsServices@nassaufinancial.org | Apr 13 2023 20:55:00 | Nassau Financial Fcu, Po Box 9006, Westbury, NY 11590 |
| 517998429 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 20:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517915932 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 20:56:00 | Pnc Bank, N.a., Po Box 1820, Dayton, OH 45401-1820 |
| 518029476 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 20:55:41 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518708028 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 20:55:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518708029 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 20:55:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518027619 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 20:55:43 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518017558 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 20:55:04 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518019911 | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 20:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517919178 | + Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:54:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915933 | + Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:16 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517915934 | + Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:34 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517915935 | + Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |

District/off: 0312-3                         User: admin                                  Page 3 of 4
Date Rcvd: Apr 13, 2023                    Form ID: plncf13                        Total Noticed: 37
TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517915920 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517915927 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517915928 | ##+ | Ditech Financial, 2100 East Elliot Road, Tempe, AZ 85284-1806 |
| 517915929 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023                         Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LoanCare  LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Loancare  LLC.. ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor Loancare  LLC.. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Loancare  LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |

Maria Cozzini
                on behalf of Creditor LoanCare  LLC mcozzini@sternlav.com

Marisa Myers Cohen
                on behalf of Creditor Finance of America Reverse LLC nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Shauna M Deluca
                on behalf of Creditor LoanCare  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
                on behalf of Creditor LoanCare  LLC smncina@raslg.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17