| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: 18-34290 MBK<br><br>Chapter: 13<br><br>Hearing Date: 12/27/2023 |
| In Re:<br>Daniel Holt<br>Sandee Larsen | Judge: Kaplan |

# CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

   _____ represent the debtor in the above captioned matter.

   \_\_X\_\_ am the secretary / paralegal for \_\_\_\_Lee M. Perlman, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On \_\_\_\_12/01/2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion for Request for Exemption from Participation in Financial Management Course Required under 11 U.S.C. § 727(a)(11) or 1328(g)(1) and Certification in Support of Discharge Requirement, Statement why no Brief is Necessary, Certification, and Proposed Order .

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 12/01/2023                                                                    /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br> X  Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
| Attn: President, Registered Agent or person designated to receive service of process<br>American Honda Finance ,<br>Attn: Bankruptcy,<br>Po Box 168088,<br>Irving, TX 75016<br><br>American Honda Finance Corporation,<br>National Bankruptcy Center,<br>P.O. Box 168088,<br>Irving, TX 75016-8088<br><br>Capital One ,<br>Attn: Bankruptcy,<br>Po Box 30285,<br>Salt Lake City, UT 84130<br><br>Citibank North America ,<br>Attn: Recovery/Centralized Bankruptcy,<br>Po Box 790034,<br>St Louis, MO 63179<br><br>Citibank, N.A.,<br>Citibank, N.A.,<br>701 East 60th Street North,<br>Sioux Falls, SD  57117<br><br>Citibank/Sears ,<br>Centralized Bankruptcy,<br>Po Box 790034,<br>St Louis, MO 63179<br><br>Comenitycapital/Boscov ,<br>Attn: Bankruptcy Dept,<br>Po Box 182125, | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Columbus, OH 43218<br><br>Costco Go Anywhere Citicard ,<br>Citicorp Credit Services/Centralized Ban,<br>Po Box 790040,<br>St. Louis, MO 64195<br><br>Discover Bank ,<br>Discover Products Inc,<br>PO Box 3025,<br>New Albany, OH  43054-3025<br><br>Discover Financial ,<br>Po Box 3025,<br>New Albany, OH 43054<br><br>Ditech Financial ,<br>2100 East Elliot Road,<br>Tempe, AZ 85284<br><br>Ditech Financial LLC ,<br>P.O. Box 6154,<br>Rapid City, SD 57709-6154<br><br>FORD MOTOR CREDIT COMPANY LLC ,<br>DEPT. 55953,<br>PO BOX 55000,<br>DETROIT, MI.  48255-0953<br><br>Ford Motor Credit Co LLC ,<br>POB 62180,<br>Colorado Springs, CO 80962<br><br>KML Law Group ,<br>216 Haddon Avenue Suite 406,<br>Collingswood, NJ 08108<br><br>LVNV Funding, LLC ,<br>Resurgent Capital Services,<br>PO Box 10587,<br>Greenville, SC 29603-0587<br><br>Lincoln Automotive Financial Service ,<br>Attn: Bankruptcy,<br>Po Box 542000,<br>Omaha, NE 68154<br><br>Loancare, LLC. ,<br>P.O.  Box 8068,<br>Virginia Beach VA 23450 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Nassau Financial Fcu ,<br>Po Box 9006,<br>Westbury, NY 11590<br><br>PNC BANK N.A. ,<br>PO BOX 94982,<br>CLEVELAND, OH 44101<br><br>Pnc Bank, N.a. ,<br>Po Box 1820,<br>Dayton, OH 45401-1820<br><br>Portfolio Recovery Associates, LLC ,<br>PO Box 41067,<br>Norfolk, VA 23541<br><br>Quantum3 Group LLC as agent for ,<br>Comenity Capital Bank,<br>PO Box 788,<br>Kirkland, WA  98083-0788<br><br>Synchrony Bank ,<br>c/o of PRA Receivables Management, LLC,<br>PO Box 41021,<br>Norfolk, VA 23541<br><br>Synchrony Bank,<br>Attn:  Bankruptcy Dept,<br>Po Box 965060,<br>Orlando, FL 32896<br><br>U S Department of Education/MOHELA ,<br>633 Spirit Drive,<br>Chesterfield, MO 63005 | | |
| | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.