| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100,<br>Cherry Hill, NJ 08003<br>856-751-4224 | Order Filed on December 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Daniel Holt<br>Sandee Larsen | Case No.: 18-34290<br>Chapter: 13<br>Judge: Kaplan |

**ORDER REGARDING REQUEST FOR EXEMPTION FROM DEBTOR EDUCATION REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1) AND CERTIFICATE IN SUPPORT OF DISCHARGE REQUIREMENT**

AS TO DEBTOR DANIEL HOLT ONLY

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented by the debtor pursuant to 11 U.S.C. § 727(a)(11) or 1328(g)(1), and for good cause shown, it is

ORDERED that:

☒ The debtor's request is GRANTED; the debtor is hereby exempt from obtaining budget and credit counseling required under 11 U.S.C. § 727(a) (11) or 1328(g)(1) and filing a Certificate of Debtor Education and Cert in Support of Discharge.

☐ The debtor's request for an exemption is DENIED; the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Debtor Education* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice.

☐ A hearing on this matter has been scheduled at the following date and time:

    Hearing Date/Time: _____

    Hearing Location: _____

    _____

    _____

    Courtroom: _____

*rev. 3/1/21*