UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100,
Cherry Hill, NJ 08003
856-751-4224

Order Filed on December 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Daniel Holt
Sandee Larsen

Case No.: 18-34290
Chapter: 13
Judge: Kaplan

# ORDER REGARDING REQUEST FOR EXEMPTION FROM DEBTOR EDUCATION REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1) AND CERTIFICATE IN SUPPORT OF DISCHARGE REQUIREMENT

AS TO DEBTOR DANIEL HOLT ONLY

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented by the debtor pursuant to 11 U.S.C. § 727(a)(11) or 1328(g)(1), and for good cause shown, it is

ORDERED that:

☒ The debtor's request is GRANTED; the debtor is hereby exempt from obtaining budget and credit counseling required under 11 U.S.C. § 727(a) (11) or 1328(g)(1) and filing a Certificate of Debtor Education and Cert in Support of Discharge.

❏ The debtor's request for an exemption is DENIED; the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Debtor Education* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice.

❏ A hearing on this matter has been scheduled at the following date and time:

    Hearing Date/Time:    _____

    Hearing Location:    _____

                                 _____

                                 _____

    Courtroom:    _____

*rev. 3/1/21*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-34290-MBK
Daniel K Holt  Chapter 13
Sandee E Larsen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Dec 27, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel K Holt, Sandee E Larsen, 882 Derry Drive, Toms River, NJ 08753-3581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LoanCare LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Loancare LLC.. ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor Loancare LLC.. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | |

Case 18-34290-MBK    Doc 107    Filed 12/29/23    Entered 12/30/23 00:16:01    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Loancare LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Sandee E Larsen ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Daniel K Holt ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Maria Cozzini | on behalf of Creditor LoanCare LLC mcozzini@sternlav.com |
| Marisa Myers Cohen | on behalf of Creditor Finance of America Reverse LLC nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Shauna M Deluca | on behalf of Creditor LoanCare LLC sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17